UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY PARKER,

     Plaintiff,

                                  Case No. 1:25-cv-730

v.

                                  HONORABLE PAUL L. MALONEY

MAHLE FILTER SYSTEM NORTH
AMERICA, INC.,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit by filing a complaint on June 30, 2025.  Defendant filed a motion to dismiss and Plaintiff filed a motion to change venue.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 10, 2025, recommending that this Court grant the motion to dismiss, deny the motion to change venue, and enter judgment. The Report and Recommendation was duly served on the parties.  No objections have been filed. *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 14) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 8) is GRANTED.

**IT IS FURTHER ORDERED** that the Motion to Change Venue (ECF No. 10) is DENIED.  This action is dismissed without prejudice.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  *See McGore v. Wrigglesworth*,

114 F.3d 601, 610-11 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

      A Judgment will be entered consistent with this Order.


Dated:  November 3, 2025                        /s/  Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge